UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
 Alexandria  DIVISION

 Bitseller Expert Limited, et al. 

                    vs.                              Civil/Criminal Action No._____
 Verisign, Inc., et al. 

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
 Bitseller Expert Limited 
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

 September 4, 2019                             /s/ Jeffrey H. Geiger 
Date                                            Signature of Attorney or Litigant
                                                Counsel for  Bitseller Expert Limited 

Rev. 7/14/04