## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| BITSELLER EXPERT LIMITED, and ) <br> ACCURACY CONSULTING LTD., ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VERISIGN INC., and ) <br> DOES 1-10, ) <br> ) <br>    Defendants. ) | Case No. 1:19-cv-1140 AJT/JFA |

## NOTICE OF APPEARANCE

THE COURT will please note the appearance of the undersigned as counsel for defendant VeriSign, Inc.

Dated: October 4, 2019

                                                Respectfully submitted,

                                                /s/  Timothy B. Hyland
                                                Timothy B. Hyland
                                                Virginia Bar No. 31163
                                                Counsel for VeriSign, Inc.
                                                HYLAND LAW PLLC
                                                1818 Library Street, Suite 500
                                                Reston, VA  20190
                                                Tel.:   (703) 956-3566
                                                Fax:   (703) 935-0349
                                                Email:  thyland@hylandpllc.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 4th day of October, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

  Jeffrey H. Geiger, Esquire
  SANDS ANDERSON PC
  1111 E. Main Street, Suite 2400
  Bank of America Plaza
  P.O. Box 1998
  Richmond, VA 23218
  jgeiger@sandsanderson.com

  Valentin D. Gurvits, Esquire
  Matthew Shayefar, Esquire
  BOSTON LAW GROUP, PC
  825 Beacon Street, Suite 20
  Newton Centre, MA 02459
  vgurvits@bostonlawgroup.com
  matt@bostonlawgroup.com


            /s/  Timothy B. Hyland
            Timothy B. Hyland
            Virginia Bar No. 31163
            Counsel for VeriSign
            HYLAND LAW PLLC
            1818 Library Street, Suite 500
            Reston, VA  20190
            Tel.:   (703) 956-3566
            Fax:   (703) 935-0349
            Email:  thyland@hylandpllc.com