# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| BITSELLER EXPERT LIMITED, and ACCURACY CONSULTING LTD., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:19-cv-1140 AJT/JFA ) |
| VERISIGN INC., and DOES 1-10, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

THE COURT will please note the appearance of the undersigned as counsel for defendant VeriSign, Inc.

Dated: October 4, 2019

Respectfully submitted,

 /s/ Tyler Southwick
Tyler Southwick
Virginia Bar No. 31163
Counsel for VeriSign, Inc.
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA  20190
Tel.:  (703) 956-3566
Fax:  (703) 935-0349
Email:  tsouthwick@hylandpllc.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of October, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Jeffrey H. Geiger, Esquire
>SANDS ANDERSON PC
>1111 E. Main Street, Suite 2400
>Bank of America Plaza
>P.O. Box 1998
>Richmond, VA 23218
>jgeiger@sandsanderson.com
>
>Valentin D. Gurvits, Esquire
>Matthew Shayefar, Esquire
>BOSTON LAW GROUP, PC
>825 Beacon Street, Suite 20
>Newton Centre, MA 02459
>vgurvits@bostonlawgroup.com
>matt@bostonlawgroup.com

>  /s/  Tyler Southwick
> Tyler Southwick
> Virginia Bar No. 31163
> Counsel for VeriSign
> HYLAND LAW PLLC
> 1818 Library Street, Suite 500
> Reston, VA  20190
> Tel.:   (703) 956-3566
> Fax:   (703) 935-0349
> Email:  tsouthwick@hylandpllc.com