# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| BITSELLER EXPERT LIMITED, and ACCURACY CONSULTING LTD., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | Case No. 1:19-cv-1140 AJT/JFA |
| ) VERISIGN INC., and ) DOES 1-10, ) ) | |
| Defendants. ) | |

## WAIVER OF ORAL ARGUMENT

Defendant VeriSign, Inc. hereby waives oral argument with respect to its Motion for Extension of Time to Respond to the Complaint.

Dated: October 4, 2019

                                                      Respectfully submitted,

                                             /s/  Timothy B. Hyland
                                            Timothy B. Hyland
                                            Virginia Bar No. 31163
                                            Counsel for VeriSign, Inc.
                                            HYLAND LAW PLLC
                                            1818 Library Street, Suite 500
                                            Reston, VA  20190
                                            Tel.:  (703) 956-3566
                                            Fax:  (703) 935-0349
                                            Email:  thyland@hylandpllc.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 4th day of October, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Jeffrey H. Geiger, Esquire
    SANDS ANDERSON PC
    1111 E. Main Street, Suite 2400
    Bank of America Plaza
    P.O. Box 1998
    Richmond, VA 23218
    jgeiger@sandsanderson.com

    Valentin D. Gurvits, Esquire
    Matthew Shayefar, Esquire
    BOSTON LAW GROUP, PC
    825 Beacon Street, Suite 20
    Newton Centre, MA 02459
    vgurvits@bostonlawgroup.com
    matt@bostonlawgroup.com

                                            /s/  Timothy B. Hyland
                                            Timothy B. Hyland
                                            Virginia Bar No. 31163
                                            Counsel for VeriSign
                                            HYLAND LAW PLLC
                                            1818 Library Street, Suite 500
                                            Reston, VA  20190
                                            Tel.:   (703) 956-3566
                                            Fax:   (703) 935-0349
                                            Email:  thyland@hylandpllc.com