IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BITSELLER EXPERT LIMITED, and ACCURACY CONSULTING LTD., ) ) | |
| Plaintiffs, ) ) | |
| v. ) | Case No. 1:19-cv-1140 AJT/JFA |
| ) VERISIGN INC., and ) DOES 1-10, ) ) | |
| Defendants. ) | |

## L.R. 7.1 DISCLOSURE

Pursuant to Local Rule 7.1 of this Court, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for the plaintiff, VeriSign, Inc. ("Verisign"), certifies that Verisign has issued securities to the public, and the sole owner believed to hold 10% or more of its outstanding shares is Berkshire Hathaway, Inc.

Dated: October 4, 2019

Respectfully submitted,


 /s/  Timothy B. Hyland
Timothy B. Hyland
Virginia Bar No. 31163
Counsel for VeriSign
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA  20190
Tel.:   (703) 956-3566
Fax:   (703) 935-0349
Email:  thyland@hylandpllc.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of October, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Jeffrey H. Geiger, Esquire
>SANDS ANDERSON PC
>1111 E. Main Street, Suite 2400
>Bank of America Plaza
>P.O. Box 1998
>Richmond, VA 23218
>jgeiger@sandsanderson.com

>Valentin D. Gurvits, Esquire
>Matthew Shayefar, Esquire
>BOSTON LAW GROUP, PC
>825 Beacon Street, Suite 20
>Newton Centre, MA 02459
>vgurvits@bostonlawgroup.com
>matt@bostonlawgroup.com

  /s/  Timothy B. Hyland
Timothy B. Hyland
Virginia Bar No. 31163
Counsel for VeriSign
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA  20190
Tel.:   (703) 956-3566
Fax:   (703) 935-0349
Email:  thyland@hylandpllc.com