IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BITSELLER EXPERT LIMITED, and )
ACCURACY CONSULTING LTD., )
)
    Plaintiffs, )
)
v. ) Case No. 1:19-cv-1140 AJT/JFA
)
VERISIGN INC., and )
DOES 1-10, )
)
    Defendants. )

[~~PROPOSED~~]
**CONSENT ORDER**

Upon consideration of the Consent Motion for Extension of Time to Respond to Plaintiffs Complaint (the "Motion") filed by defendant VeriSign, Inc. ("Verisign"), and the entire record herein, for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the deadline for Verisign to respond to the Complaint is extended from October 10, 2019 to October 21, 2019.

Signed this 4th day of October, 2019, at Alexandria, Virginia.

/s/
John F. Anderson
United States Magistrate Judge
―――――――――――――――――
United States District/Magistrate Judge