IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:19-cv-01140, Case Name Bitseller Expert et al v. VeriSign, Inc. et al.
Party Represented by Applicant: VeriSign, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) James Spencer Blackburn
Bar Identification Number 169134       State California
Firm Name Arnold & Porter Kaye Scholer LLP
Firm Phone # (213) 243-4000       Direct Dial # (213) 243-4063       FAX # (213) 243-4199
E-Mail Address james.blackburn@arnoldporter.com
Office Mailing Address 777 South Figueroa Street, 44th Floor, Los Angeles, CA 90017

Name(s) of federal court(s) in which I have been admitted       See attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __x__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature) James Blackburn

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
TIMOTHY BROOKS HYLAND
(Typed or Printed Name)

(Date) 10/4/2019
(VA Bar Number) 31163

Court Use Only:
Clerk's Fee Paid ✓  or Exemption Granted ____
The motion for admission is GRANTED ✓  or DENIED ____

/s/
Anthony J. Trenga
United States District Judge

(Date) 10/9/19

List of Name(s) of Federal Court(s) in which I have been admitted:

- U.S. Tax Court
- U.S. District Court, Central District of California
- U.S. District Court, Southern District of California
- U.S. District Court, Northern District of California
- U.S. Court of Appeals for the Federal Circuit
- U.S. Court of Appeals for the 9th Circuit
- U.S. District Court, Western District of Tennessee
- U.S. District Court, Eastern District of Texas