UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Bitseller Expert Limited;<br>Accuracy Consulting, Ltd.,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>VeriSign, Inc; Does 1-10,<br><br>        *Defendants*. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:19-cv-1140-AJT-JFA<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT VERISIGN, INC.'S MOTION TO DISMISS THE COMPLAINT

Defendant VeriSign, Inc. hereby respectfully moves to dismiss the Complaint herein, pursuant to Fed, R. Civ. P. 12(b)(1) and 12(b)(6), for the reasons set forth in the accompanying Defendant VeriSign, Inc.'s Memorandum of Law in Support of its Motion to Dismiss the Complaint.

October 21, 2019

Respectfully submitted,

 /s/  Timothy B. Hyland
Timothy B. Hyland
Virginia Bar No. 31163
Counsel for VeriSign, Inc.
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA  20190
Tel.:    (703) 956-3566
Fax:    (703) 935-0349
Email:  thyland@hylandpllc.com

   /s/  Tyler Southwick
Tyler Southwick
Virginia Bar No. 91087
Counsel for VeriSign, Inc.
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA  20190
Tel.:    (703) 956-3566
Fax:    (703) 935-0349
Email:  tsouthwick@hylandpllc.com


   /s/  Ronald L. Johnston
Ronald L. Johnston
*Pro Hac Vice*
Counsel for VeriSign, Inc.
ARNOLD & PORTER KAYE SCHOLER, LLP
777 S. Figueroa Avenue, 44th Floor
Los Angeles, CA  90017
Tel.:    (213) 243-4000
Fax:    (213) 243-4199
Email:  ronald.johnston@arnoldporter.com


   /s/  James S. Blackburn
James S. Blackburn
*Pro Hac Vice*
Counsel for VeriSign, Inc.
ARNOLD & PORTER KAYE SCHOLER, LLP
777 S. Figueroa Avenue, 44th Floor
Los Angeles, CA  90017
Tel.:    (213) 243-4000
Fax:    (213) 243-4199
Email:  james.blackburn@arnoldporter.com


   /s/  E. Christopher Beeler
E. Christopher Beeler
*Pro Hac Vice*
Counsel for VeriSign, Inc.
ARNOLD & PORTER KAYE SCHOLER, LLP
777 S. Figueroa Avenue, 44th Floor
Los Angeles, CA  90017
Tel.:    (213) 243-4000
Fax:    (213) 243-4199
Email:  chris.beeler@arnoldporter.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of October, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Jeffrey H. Geiger, Esquire
>SANDS ANDERSON PC
>1111 E. Main Street, Suite 2400
>Bank of America Plaza
>P.O. Box 1998
>Richmond, VA 23218
>jgeiger@sandsanderson.com

and that a copy of the foregoing and the NEF was sent by email and first class mail, postage prepaid on the same date to the following non-ECF users:

>Valentin D. Gurvits, Esquire
>Matthew Shayefar, Esquire
>BOSTON LAW GROUP, PC
>825 Beacon Street, Suite 20
>Newton Centre, MA 02459
>vgurvits@bostonlawgroup.com
>matt@bostonlawgroup.com

>/s/ Timothy B. Hyland
>Timothy B. Hyland
>Virginia Bar No. 31163
>Counsel for VeriSign, Inc.
>HYLAND LAW PLLC
>1818 Library Street, Suite 500
>Reston, VA  20190
>Tel.:    (703) 956-3566
>Fax:    (703) 935-0349
>Email:  thyland@hylandpllc.com

3