**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

Bitseller Expert Limited;
Accuracy Consulting, Ltd.,                                    )
                                                             )
                                    *Plaintiffs*,             )
                                                             )
                        v.                                   )  Civil Action No. 1:19-cv-1140-AJT-JFA
                                                             )
VeriSign, Inc; Does 1-10,                                    )
                                                             )
                                    *Defendants*.            )
                                                             )

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, December 6, 2019, at 10:00 a.m. or as soon

thereafter as counsel may be heard, defendant VeriSign, Inc. will present the Court with

argument in support of its Motion to Dismiss the Complaint.

 October 21, 2019

                                        Respectfully submitted,


                                         /s/  Timothy B. Hyland
                                        Timothy B. Hyland
                                        Virginia Bar No. 31163
                                        Counsel for VeriSign, Inc.
                                        HYLAND LAW PLLC
                                        1818 Library Street, Suite 500
                                        Reston, VA  20190
                                        Tel.:    (703) 956-3566
                                        Fax:     (703) 935-0349
                                        Email:  thyland@hylandpllc.com

/s/ Tyler Southwick
Tyler Southwick
Virginia Bar No. 91087
Counsel for VeriSign, Inc.
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA  20190
Tel.:    (703) 956-3566
Fax:    (703) 935-0349
Email:  tsouthwick@hylandpllc.com


/s/ Ronald L. Johnston
Ronald L. Johnston
*Pro Hac Vice*
Counsel for VeriSign, Inc.
ARNOLD & PORTER KAYE SCHOLER, LLP
777 S. Figueroa Avenue, 44th Floor
Los Angeles, CA  90017
Tel.:    (213) 243-4000
Fax:    (213) 243-4199
Email:  ronald.johnston@arnoldporter.com


/s/ James S. Blackburn
James S. Blackburn
*Pro Hac Vice*
Counsel for VeriSign, Inc.
ARNOLD & PORTER KAYE SCHOLER, LLP
777 S. Figueroa Avenue, 44th Floor
Los Angeles, CA  90017
Tel.:    (213) 243-4000
Fax:    (213) 243-4199
Email:  james.blackburn@arnoldporter.com


/s/ E. Christopher Beeler
E. Christopher Beeler
*Pro Hac Vice*
Counsel for VeriSign, Inc.
ARNOLD & PORTER KAYE SCHOLER, LLP
777 S. Figueroa Avenue, 44th Floor
Los Angeles, CA  90017
Tel.:    (213) 243-4000
Fax:    (213) 243-4199
Email:  chris.beeler@arnoldporter.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of October, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Jeffrey H. Geiger, Esquire
> SANDS ANDERSON PC
> 1111 E. Main Street, Suite 2400
> Bank of America Plaza
> P.O. Box 1998
> Richmond, VA 23218
> jgeiger@sandsanderson.com

and that a copy of the foregoing and the NEF was sent by email and first class mail, postage prepaid on the same date to the following non-ECF users:

> Valentin D. Gurvits, Esquire
> Matthew Shayefar, Esquire
> BOSTON LAW GROUP, PC
> 825 Beacon Street, Suite 20
> Newton Centre, MA 02459
> vgurvits@bostonlawgroup.com
> matt@bostonlawgroup.com

> /s/  Timothy B. Hyland
> Timothy B. Hyland
> Virginia Bar No. 31163
> Counsel for VeriSign, Inc.
> HYLAND LAW PLLC
> 1818 Library Street, Suite 500
> Reston, VA  20190
> Tel.:    (703) 956-3566
> Fax:    (703) 935-0349
> Email:  thyland@hylandpllc.com

3