UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Bitseller Expert Limited, and Accuracy Consulting Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> VeriSign, Inc. and Does 1019, <br><br> Defendants. | Civil Action No. 1:190cv01140-AJT-JFA |

**DECLARATION ON BEHALF OF ACCURACY CONSULTING LTD.**

I, Svetlana Senik, declare as follows:

1. My name is _Svetlana Senik_ I am over the age of 18 years. I am a director of Accuracy Consulting Ltd. ("Accuracy"). I make this declaration based upon personal knowledge and my consultation with Accuracy personnel and associates. All statements contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify as to the facts set forth in this declaration.

2. Accuracy is a limited company organized in and under the laws of the British Virgin Islands. Accuracy's principal place of business is in Riga, Latvia. Accuracy has no place of business in the United States. Accuracy has no owners in the United States.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: _11.04.2019_

_____
On behalf of Accuracy Consulting Ltd.