# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **12/6/2019**  
Time: **9:54 - 10:36**

Judge: **Trenga/JFA**  
Reporter: **LaQuicia Thomas (Casamo)**

Civil Action Number: **1:19-cv-1140**

## BITSELLER EXPERT LIMITED

V.

## VERISIGN INC. ET AL

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Jeffrey Geiger** | **Timothy Hyland** |
| **Valentin Gurvits** | **Tyler Southwick** |
| **Matthew Shayefar** | **Ronald Johnston** |

Motion to/for:
[20] Motion to Dismiss for Failure to State Claim *and Lack of Subject Matter Jurisdiction* by deft.

Argued and
(  ) Granted          (  ) Denied          (  ) Granted in part/Denied in part
(**X**) Taken Under Advisement            (  ) Continued to

(**X**) Order to Follow